**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edith Anibal GARCIA, Defendant–
Appellant.**

**No. 01–7002.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Edith Anibal Garcia, Pro Se. John Francis Purcell, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Edith Anibal Garcia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Garcia's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Garcia,* Nos. CR–94–256–L, CA–98–2448–L (D.Md. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*